**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

TRACI STEVENSON,
Trustee for the Bankruptcy Estate
of Karolyn Hughs,                                    Case No.: 8:19-cv-01420-EAK-AEP

      Plaintiff,

v.

CACH, LLC,
a foreign limited liability company,

      Defendant.

_____/

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

    **COMES NOW**, Plaintiff, Traci Stevenson, Trustee for the Bankruptcy Estate of Karolyn

Hughs, by and through undersigned counsel, pursuant to Federal Rules of Civil Procedure

41(a)(1)(i) and Middle District of Florida, Local Rule 3.08, files this Notice of Dismissal with

Prejudice and states:

    By agreement, each side shall bear its own costs and attorneys' fees.

    Dated:  March 4, 2020.

                    Respectfully submitted,

                    **LEAVENLAW**

                    /s/ *Kelly C. Burke*
                    **Ian R. Leavengood, Esq., FBN 0010167**
                    **Kelly C. Burke, Esq., FBN 123506**
                    Northeast Professional Center
                    3900 First Street North, Suite 100
                    St. Petersburg, FL 33703
                    Phone: (727) 327-3328
                    Fax: (727) 327-3305
                    consumerservice@leavenlaw.com
                    kburke@leavenlaw.com
                    *Attorneys for Plaintiff*

1

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 4, 2020,, a true copy of the foregoing *Notice of Voluntary Dismissal with Prejudice* was e-filed via CM/ECF for electronic service on all counsel of record:

Lauren M. Burnette, Esquire FL Bar No. 0120079
Messer Strickler, Ltd.
12276 San Jose Blvd. Suite 718
Jacksonville, FL 32223
lburnette@messerstrickler.com
*Counsel for Defendant*

/s/ *Kelly C. Burke*
Attorney